## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
500 NORTH STATELINE AVENUE, ROOM 302
TEXARKANA , ARKANSAS  71854
(870) 773-3381     FAX (870) 772-4802

CHRISTOPHER R. JOHNSON
CLERK

**TEXARKANA DIVISION**

March 29, 2010

101S. JACKSON, ROOM 205
EL DORADO, ARKANSAS 71730

P. O. BOX 1547
FORT SMITH, ARKANSAS 72902

35 E. MOUNTAIN, ROOM 510
FAYETTEVILLE, ARKANSAS 72701

100 RESERVE STREETT, ROOM 347
HOT SPRINGS, ARKANSAS 71901

Mr. Richard Weare
Clerk, United States District Court
District of Arizona - Phoenix Division
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

Re: Matthew McBride, et al vs. GoDaddy.com, Inc., et al
    Texarkana Division Case No. 07-4040

Dear Clerk:

   Enclosed is a certified copy of Judge Harry F. Barnes' order filed March 29, 2010, in the above referenced case.  In accordance with the Eighth Circuit Court of Appeals decision in *Nine Mile Limited*, No. 82-1236, 673 F2d 242 (8th Cir. 1982), the clerk's office is required to wait a "reasonable period of time" before physically transferring a case file after a transfer order is entered.  Therefore, this case file will be sent to your office approximately thirty (30) days following the entry of the transfer order on the docket.

   If you have any questions, please contact me at 870-773-3381.

                              Yours truly,

                              CHRISTOPHER R. JOHNSON, CLERK

                              BY: /s/ Charlotte Powell
                                   Deputy Clerk

cc: all counsel