# U. S. District Court
## Western District of Arkansas (Texarkana)
### CIVIL DOCKET FOR CASE #: 4:07–cv–04040–HFB

| | |
|---|---|
| McBride v. GoDaddy.com, Inc. et al | Date Filed: 04/18/2007 |
| Assigned to: Honorable Harry F. Barnes | Date Terminated: 03/29/2010 |
| Demand: $5,000,000 | Jury Demand: None |
| Cause: 28:1391 Personal Injury | Nature of Suit: 370 Fraud or Truth–In–Lending |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Matthew McBride**  represented by  **D. Matt Keil**
*Individually and as Class Representative on*  Attorney at Law
*Behalf of all Similarly Situated Persons*  P.O. Box 618
 611 Pecan St.
 Texarkana, AR 75504–0618
 (870) 772–4113
 Email: mkeil@kglawfirm.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **George L McWilliams**
 Law Office of George L. McWilliams, P.C.
 406 Walnut
 Texarkana, AR 71854
 (870) 772–2055
 Fax: (870) 773–2967
 Email: glmlawoffice@gmail.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **James M. Pratt , Jr.**
 James M. Pratt, Jr., P.A.
 144 Washington NW
 Post Office Box 938
 Camden, AR 71701
 870–836–7328
 Fax: 870–837–2405
 Email: jamiepratt@cablelynx.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Joel M Fineberg**
 Law Offices of Joel M. Fineberg
 3811 Turtle Creek Blvd.
 Suite 1900
 Dallas, TX 75219
 214–219–8828
 Fax: 214–219–8838
 Email: jfineberg@fineberglaw.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**John C. Goodson**
Keil &Goodson
P.O. Box 618
Texarkana, AR 75504
(870) 772–4113
Fax: (870) 773–2967
Email: jcgoodson@kglawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**R. Dean Gresham , Jr.**
GRESHAM PC
7557 Rambler Rd.
Suite 700
Dallas, TX 75231
2145405749
Email: dgresham@greshampc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**R. Martin Weber , Jr.**
Crowley Norman LLP
Three Riverway
Suite 1775
Houston, TX 77056
(713) 651–1771
Fax: (713) 651–1775
Email: mweber@crowleynorman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Jeffrey John Angelovich**
Nix, Patterson &Roach, LLP
205 Linda Drive
Daingerfield, TX 75638
903–645–7333
Fax: 903–645–2172
Email: jangelovich@npraustin.com
*ATTORNEY TO BE NOTICED*


**Michael B Angelovich**
Nix, Patterson &Roach, LLP
3600 N. Capital of Texas Highway
Building B, Suite 350
Austin, TX 78746
(512)328–5333
Fax: (512)328–5335
Email: mangelovich@npraustin.com
*ATTORNEY TO BE NOTICED*


**Richard E Norman**
Crowley Norman LLP
Three Riverway
Suite 1775

Houston, TX 77056
713−651−1771
Fax: 713−651−1775
Email: rnorman@crowleynorman.com
*ATTORNEY TO BE NOTICED*

**Shirley Jones**
Wilson Engstrom Corum Coulter
P.O. Box 71
Little Rock, AR 72203
(501) 375−6453
Fax: (501) 375−5914
Email: shirley@wecc−law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barry Crabb**
*Individually and as Class Representative on Behalf of all Similarly Situated Persons*

represented by **George L McWilliams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Pratt , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey John Angelovich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel M Fineberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Goodson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael B Angelovich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Dean Gresham , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Martin Weber , Jr.**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Richard E Norman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shirley Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**D. Matt Keil**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **GoDaddy.com, Inc.** | represented by | **Nicholas H. Patton**<br>Patton, Tidwell &Schroeder, L.L.P.<br>4605 Texas Boulevard<br>P.O. Box 5398<br>Texarkana, TX 75505–5398<br>(903) 792–7080<br>Fax: (903) 792–8233<br>Email: nickpatton@texarkanalaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Robert W. Schroeder , III**
Patton, Tidwell &Schroeder, L.L.P.
4605 Texas Boulevard
P.O. Box 5398
Texarkana, TX 75505–5398
(903) 792–7080
Email: tschroeder@texarkanalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine N. Jones**
The Go Daddy Group Inc.
14455 N. Hayden Road
Suite 219
Scottsdale, AZ 85260
(480) 505–8800
Fax: (480) 624–2506
Email: cjones@godaddy.com
*ATTORNEY TO BE NOTICED*

**Emily Smith**
Wilson Sonsini Goodrich Rosati P.C.
1301 Avenue of the Americas

40th Floor
New York, NY 10019
(212) 999–5800
Fax: (212) 999–5899
Email: essmith@wsgr.com
*TERMINATED: 06/15/2009*

**Glenn C. Colton**
Wilson Sonsini Goodrich Rosati P.C.
1301 Avenue of the Americas
40th Floor
New York, NY 10019
(212) 999–5800
Fax: (212) 999–5899
Email: gcolton@wsgr.com
*TERMINATED: 06/15/2009*

**Kelly W. Lewis**
The Go Daddy Group Inc.
14455 N. Hayden Road
Suite 219
Scottsdale, AZ 85260
(480) 505–8800
Fax: (480) 624–2506
Email: klewis@godaddy.com
*ATTORNEY TO BE NOTICED*

**Tonia Ouellette Klausner**
Wilson Sonsini Goodrich Rosati P.C.
1301 Avenue of the Americas
40th Floor
New York, NY 10019
(212) 999–5800
Fax: (212) 999–5899
Email: tklausner@wsgr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **The Go Daddy Group, Inc.** | represented by | **Nicholas H. Patton**  (See above for address)  *LEAD ATTORNEY*  *ATTORNEY TO BE NOTICED*  <br><br>**Robert W. Schroeder , III**  (See above for address)  *LEAD ATTORNEY*  *ATTORNEY TO BE NOTICED*  <br><br>**Christine N. Jones**  (See above for address)  *ATTORNEY TO BE NOTICED*  <br><br>**Emily Smith**  (See above for address) |

*TERMINATED: 06/15/2009*

**Glenn C. Colton**
(See above for address)
*TERMINATED: 06/15/2009*

**Kelly W. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tonia Ouellette Klausner**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2007 | Ï 1 | CLASS ACTION COMPLAINT against GoDaddy.com, Inc., The Go Daddy Group, Inc. ( Filing fee $ 350 receipt number 4000028.), filed by Matthew McBride.(cap) (Entered: 04/19/2007) |
| 04/18/2007 | Ï | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Plaintiff Matthew McBride. Complaint 1 lists multiple attorneys appearing for the filer. All listed attorneys, other than the attorney signing the pleading (JAMES M. PRATT, JR. and SHIRLEY JONES), must enter a separate Notice of Appearance in order to receive electronic notification of future activity in the case. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED (cap) (Entered: 04/19/2007) |
| 04/26/2007 | Ï | Summons Issued as to GoDaddy.com, Inc., The Go Daddy Group, Inc. and returned to attorney/plaintiff for service (cap) (Entered: 04/26/2007) |
| 05/10/2007 | Ï 2 | ***PLEASE DISREGARD DOCKET ENTRY – REFILED AS DOCUMENT #4***CERTIFICATE OF SERVICE by all plaintiffs re Summons Issued *The Go Daddy Group, Inc.* (Goodson, John) Modified on 5/11/2007 to not incorrect entry (cap). (Entered: 05/10/2007) |
| 05/10/2007 | Ï 3 | ***PLEASE DISREGARD DOCKET ENTRY – REFILED AS DOCUMENT #5***CERTIFICATE OF SERVICE by all plaintiffs re Summons Issued *GoDaddy.com,Inc.* (Goodson, John) Modified on 5/11/2007 to note incorrect entry (cap). (Entered: 05/10/2007) |
| 05/10/2007 | Ï 4 | SUMMONS Returned Executed by all plaintiffs. The Go Daddy Group, Inc. served on 4/30/2007, answer due 5/21/2007. (Goodson, John) (Entered: 05/10/2007) |
| 05/10/2007 | Ï 5 | SUMMONS Returned Executed by all plaintiffs. GoDaddy.com, Inc. served on 4/30/2007, answer due 5/21/2007. (Goodson, John) (Entered: 05/10/2007) |
| 05/30/2007 | Ï 6 | NOTICE OF DEFAULT PROCEDURE under FRCP 55 directed to plaintiff as to default of Defendants GoDaddy.com, Inc. and The Go Daddy Group, Inc. Affidavit in Support of Default due by 6/13/2007. (Attachments: # 1 Affidavit in Support of Default)(cap) (Entered: 05/30/2007) |
| 06/13/2007 | Ï 7 | MOTION for Default Judgment as to GoDaddy.com, Inc., and The GoDaddy Group, Inc. by Matthew McBride. (Attachments: # 1 Text of Proposed Order Proposed Default Judgment)(Pratt, James) Modified on 6/14/2007 to correct text (cap). (Entered: 06/13/2007) |
| 06/14/2007 | Ï 8 | AFFIDAVIT in Support of Default by all plaintiffs as to GoDaddy.com, Inc.. (Goodson, John) (Entered: 06/14/2007) |

| | | |
|---|---|---|
| 06/14/2007 | Ï 9 | AFFIDAVIT in Support of Default by Matthew McBride as to The Go Daddy Group, Inc.. (Goodson, John) (Entered: 06/14/2007) |
| 06/14/2007 | Ï 10 | CLERK'S ENTRY of Default as to GoDaddy.com, Inc., The Go Daddy Group, Inc. (cap) ***DEFAULT SET ASIDE PER 38 ORDER ENTERED 11/28/07*** Modified on 11/28/2007 to note default set aside (cap). (Entered: 06/14/2007) |
| 08/24/2007 | Ï 11 | NOTICE of Appearance by Nicholas H. Patton on behalf of all defendants (Patton, Nicholas) (Entered: 08/24/2007) |
| 08/24/2007 | Ï 12 | NOTICE of Appearance by Robert W. Schroeder, III on behalf of all defendants (Schroeder, Robert) (Entered: 08/24/2007) |
| 08/27/2007 | Ï 13 | MOTION to Set Aside Default by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Attachments: # 1 Affidavit of Christine Jones and exhibits# 2 Answer to Class Action Complaint)(Schroeder, Robert) (Entered: 08/27/2007) |
| 08/27/2007 | Ï 14 | MEMORANDUM BRIEF in Support of 13 MOTION to Set Aside Default by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Schroeder, Robert) (Entered: 08/27/2007) |
| 08/28/2007 | Ï 15 | MOTION to Appear Pro Hac Vice by Matthew McBride. (Pratt, James) Modified on 8/29/2007 to correct filer (cap). (Entered: 08/28/2007) |
| 08/28/2007 | Ï 16 | ***DUPLICATE ENTRY – SEE DOCUMENT #15 – MOTION TERMINATED *** MOTION to Appear Pro Hac Vice by Matthew McBride. (Pratt, James) Modified on 8/29/2007 to correct filer and to note duplicate entry (cap). (Entered: 08/28/2007) |
| 08/29/2007 | Ï | TEXT ONLY ORDER granting 15 Motion For Joel M. Fineburg and R. Dean Gresham to Appear Pro Hac Vice. Joel M. Fineburg and R. Dean Gresham are directed to register immediately as CM/ECF users if they have not already done so and enter their appearances in this matter. Signed by Judge Harry F. Barnes on August 29, 2007. (jdc) (Entered: 08/29/2007) |
| 08/30/2007 | Ï 17 | MOTION to Appear Pro Hac Vice – *Christine Jones* by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Schroeder, Robert) (Entered: 08/30/2007) |
| 08/30/2007 | Ï 18 | MOTION to Appear Pro Hac Vice – *Kelly Lewis* by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Schroeder, Robert) (Entered: 08/30/2007) |
| 08/31/2007 | Ï | TEXT ONLY ORDER granting 17 Motion to Appear Pro Hac Vice. Christine Jones and Kelly Lewis are directed to register immediately as CM/ECF users if they have not already done so and enter their appearances in this matter. Signed by Judge Harry F. Barnes on August 31, 2007. (jdc) (Entered: 08/31/2007) |
| 09/05/2007 | Ï 19 | MOTION for Leave to Appear by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Lewis, Kelly) (Entered: 09/05/2007) |
| 09/05/2007 | Ï 20 | MOTION for Leave to Appear by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Jones, Christine) (Entered: 09/05/2007) |
| 09/07/2007 | Ï 21 | RESPONSE in Opposition re 13 MOTION to Set Aside Default filed by Matthew McBride. (Attachments: # 1 Exhibit A)(Goodson, John) (Entered: 09/07/2007) |
| 09/07/2007 | Ï 22 | MEMORANDUM BRIEF in Support of 21 Response in Opposition to Motion *To Set Aside Entry of Default* by Matthew McBride. (Goodson, John) (Entered: 09/07/2007) |
| 10/10/2007 | Ï 23 | REPLY to Response to Motion re 13 MOTION to Set Aside Default filed by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Schroeder, Robert) (Entered: 10/10/2007) |
| 10/24/2007 | Ï 24 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Richard E Norman on behalf of Matthew McBride (Norman, Richard) (Entered: 10/24/2007) |
| 10/24/2007 | Ï | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Plaintiff Matthew McBride. Notice of Appearance 24 lists multiple attorneys appearing for the filer. All listed attorneys, other than the attorney signing the pleading (MICHAEL B. ANGELOVICH; JEFFREY J. ANGELOVICH; SHIRLEY JONES; MATT KEIL; and R. MARTIN WEBER, JR.), must enter a separate Notice of Appearance in order to receive electronic notification of future activity in the case. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED (cap) (Entered: 10/24/2007) |
| 10/25/2007 | Ï 25 | NOTICE of Appearance by D. Matt Keil on behalf of all plaintiffs (Keil, D.) (Entered: 10/25/2007) |
| 10/25/2007 | Ï 26 | NOTICE of Appearance by Joel M Fineberg on behalf of Matthew McBride (Fineberg, Joel) (Entered: 10/25/2007) |
| 10/25/2007 | Ï 27 | NOTICE of Appearance by R. Dean Gresham, Jr on behalf of Matthew McBride (Gresham, R.) (Entered: 10/25/2007) |
| 10/29/2007 | Ï 28 | ORDER Setting Hearing on Motion 13 MOTION to Set Aside Default: Motion Hearing set for 11/16/2007 @ 09:00 AM in Texarkana –– 3rd flr (AR side) before Honorable Harry F. Barnes. Signed by Judge Harry F. Barnes on October 29, 2007. (rwg) (Entered: 10/29/2007) |
| 10/30/2007 | Ï 29 | NOTICE of Appearance by Jeffrey John Angelovich on behalf of all plaintiffs (Angelovich, Jeffrey) (Entered: 10/30/2007) |
| 11/01/2007 | Ï 30 | MOTION to Appear Pro Hac Vice – *Glenn C. Colton* by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Schroeder, Robert) (Entered: 11/01/2007) |
| 11/01/2007 | Ï 31 | MOTION to Appear Pro Hac Vice – *Tonia Ouellette Klausner* by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Schroeder, Robert) (Entered: 11/01/2007) |
| 11/01/2007 | Ï 32 | MOTION to Appear Pro Hac Vice – *Emily Shepard Smith* by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Schroeder, Robert) (Entered: 11/01/2007) |
| 11/05/2007 | Ï | TEXT ONLY ORDER granting 30 , 31 and 32 Motions to Appear Pro Hac Vice. Glenn C. Colton, Tonia Ouellette Klausner and Emily Shepard Smith are directed to register immediately as CM/ECF users if they have not already done so and to enter their appearances in this matter. Signed by Judge Harry F. Barnes on November 5, 2007. (jdc) Modified on 11/5/2007 to edit text (cap). (Entered: 11/05/2007) |
| 11/07/2007 | Ï 33 | NOTICE of Appearance by Tonia Ouellette Klausner on behalf of all defendants (Klausner, Tonia) (Entered: 11/07/2007) |
| 11/07/2007 | Ï 34 | NOTICE of Appearance by Emily Smith on behalf of all defendants (Smith, Emily) (Entered: 11/07/2007) |
| 11/08/2007 | Ï 35 | NOTICE of Appearance by Glenn C. Colton on behalf of all defendants (Colton, Glenn) (Entered: 11/08/2007) |
| 11/13/2007 | Ï 36 | NOTICE of Appearance by Michael B Angelovich on behalf of Matthew McBride (Angelovich, Michael) (Entered: 11/13/2007) |
| 11/16/2007 | Ï 37 | Minute Entry for proceedings held before Honorable Harry F. Barnes: Motion Hearing held on 11/16/2007 re 13 MOTION to Set Aside Default filed by The Go Daddy Group, Inc., GoDaddy.com, Inc. (rwg) (Entered: 11/16/2007) |

| | | |
|---|---|---|
| 11/20/2007 | Ï | Court Recording of Motion Hearing held on 11/16/07, by Court Reporter Donna McKinney, Tape No. DM 07–57, Location of Tape: El Dorado. (cnn) (Entered: 11/20/2007) |
| 11/28/2007 | Ï 38 | ORDER granting 13 Motion to Set Aside Default and the clerk's entry of default against Defendants GoDaddy.com, Inc. and The Go Daddy Group, Inc. is hereby set aside; consequently, denying 7 Motion for Default Judgment. Signed by Honorable Harry F. Barnes on November 28, 2007. (cap) (Entered: 11/28/2007) |
| 12/03/2007 | Ï | TRANSCRIPT of Proceedings for Hearing on Motions held on November 16, 2007 before Judge Harry F. Barnes. Court Reporter: Donna McKinney. (cap) (Entered: 12/03/2007) |
| 12/03/2007 | Ï 39 | NOTICE of Appearance by George L McWilliams on behalf of Matthew McBride (McWilliams, George) (Entered: 12/03/2007) |
| 12/03/2007 | Ï 40 | NOTICE of Appearance by Shirley Jones on behalf of Matthew McBride (Jones, Shirley) (Entered: 12/03/2007) |
| 12/10/2007 | Ï 41 | MOTION to Dismiss or for Transfer of Venue by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Smith, Emily) Modified on 12/11/2007 to edit text (cap). (Entered: 12/10/2007) |
| 12/10/2007 | Ï 42 | Corporate Disclosure Statement by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Smith, Emily) (Entered: 12/10/2007) |
| 12/10/2007 | Ï 43 | AFFIDAVIT of Ben Butler filed by GoDaddy.com, Inc., The Go Daddy Group, Inc. re 41 MOTION to Dismiss */Declaration of Ben Butler in support of motion to dismiss*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Smith, Emily) (Entered: 12/10/2007) |
| 12/10/2007 | Ï 44 | AFFIDAVIT of Pam Bunn filed by GoDaddy.com, Inc., The Go Daddy Group, Inc. re 41 MOTION to Dismiss */Declaration of Pam Bunn in support of motion to dismiss*. (Smith, Emily) (Entered: 12/10/2007) |
| 12/10/2007 | Ï 45 | AFFIDAVIT of Nate Curran filed by GoDaddy.com, Inc., The Go Daddy Group, Inc. re 41 MOTION to Dismiss */Declaration of Nate Curran in support of motion to dismiss*. (Smith, Emily) (Entered: 12/10/2007) |
| 12/10/2007 | Ï 46 | AFFIDAVIT of Teri Dhooge filed by GoDaddy.com, Inc., The Go Daddy Group, Inc. re 41 MOTION to Dismiss */Declaration of Teri Dhooge in support of motion to dismiss*. (Smith, Emily) (Entered: 12/10/2007) |
| 12/10/2007 | Ï 47 | AFFIDAVIT of Lary Hartman filed by GoDaddy.com, Inc., The Go Daddy Group, Inc. re 41 MOTION to Dismiss */Declaration of Lary Hartman in support of motion to dismiss*. (Smith, Emily) (Entered: 12/10/2007) |
| 12/10/2007 | Ï 48 | AFFIDAVIT of Ron Hertz filed by GoDaddy.com, Inc., The Go Daddy Group, Inc. re 41 MOTION to Dismiss */Declaration of Ron Hertz in support of motion to dismiss*. (Smith, Emily) (Entered: 12/10/2007) |
| 12/10/2007 | Ï 49 | MEMORANDUM BRIEF in Support of 41 MOTION to Dismiss by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Smith, Emily) (Entered: 12/11/2007) |
| 12/21/2007 | Ï 50 | JOINT REPORT of Rule 26(f) Planning Meeting by Matthew McBride, GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Gresham, R.) Modified on 12/26/2007 to add "joint" text (cnn). (Entered: 12/21/2007) |
| 12/28/2007 | Ï 51 | Unopposed MOTION for Leave to File *Amended Complaint* by Matthew McBride. (Attachments: # 1 Exhibit A, # 2 Order)(Fineberg, Joel) (Entered: 12/28/2007) |

| | | |
|---|---|---|
| 01/02/2008 | Ï 52 | ORDER granting 51 Motion for Leave to File Amended Complaint and directing Plaintiff to file its First Amended Class Action Complaint conventionally with the Clerk within 5 days of the entry of this order; Defendants will re−urge their Motion to Dismiss within 30 days of the entry of this Order or service of First Amended Class Action Complaint, whichever is later; Plaintiff will file his opposition to Defendants' Motion to Dismiss within 30 days of the date the Motion to Dismiss is filed, and Defendants will reply within 21 days of the date upon which Plaintiff's opposition is filed. Signed by Honorable Harry F. Barnes on January 2, 2008. (cap) (Entered: 01/02/2008) |
| 01/02/2008 | Ï 53 | FIRST AMENDED CLASS ACTION COMPLAINT as to 1 Complaint against GoDaddy.com, Inc., The Go Daddy Group, Inc., filed by Barry Crabb, Matthew McBride. Related document: 1 Complaint filed by Matthew McBride.(cap) Modified on 1/3/2008 to add text (cap). (Entered: 01/02/2008) |
| 01/30/2008 | Ï 54 | MOTION for Extension of Time to File *(AGREED)* by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Schroeder, Robert) (Entered: 01/30/2008) |
| 01/31/2008 | Ï 55 | ORDER granting 54 Motion for Extension of Time to Re−Urge Motion to Dismiss to 2/6/08; Plaintiffs shall have 30 days to file an opposition to Motion to Dismiss, and Defendants will have 21 days from the filing of Plaintiffs' opposition to file a reply. Signed by Honorable Harry F. Barnes on January 31, 2008. (cap) (Entered: 01/31/2008) |
| 02/06/2008 | Ï 56 | ***PLEASE DISREGARD − WRONG PDF ATTACHED − REFILED AS DOCUMENT 58 *** MOTION to Dismiss *First Amended Complaint or for Transfer of Venue* by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Colton, Glenn) Modified on 2/7/2008 to edit text (cap). (Entered: 02/06/2008) |
| 02/06/2008 | Ï 57 | MEMORANDUM BRIEF in Support of 56 MOTION to Dismiss *First Amended Complaint or for Transfer of Venue* and in support of 58 CORRECTED MOTION to Dismiss First Amended Complaint or for Transfer of Venue by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 (part 1 of 5), # 3 Exhibit 2 (part 2 of 5), # 4 Exhibit 2 (part 3 of 5), # 5 Exhibit 2 (part 4 of 5), # 6 Exhibit 2 (part 5 of 5), # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5, # 10 Exhibit 6, # 11 Exhibit 7, # 12 Exhibit 8)(Colton, Glenn) Modified on 2/7/2008 to create document link (cap). (Entered: 02/06/2008) |
| 02/07/2008 | Ï 58 | MOTION to Dismiss */CORRECTED MOTION to Dismiss First Amended Complaint or for Transfer of Venue* by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Colton, Glenn) (Entered: 02/07/2008) |
| 02/21/2008 | Ï 59 | MOTION for Protective Order to Stay *Discovery* by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Colton, Glenn) Modified on 2/22/2008 to clarify text (cnn). (Entered: 02/21/2008) |
| 02/21/2008 | Ï 60 | MEMORANDUM BRIEF in Support *of Defendants' Motion for Protective Order to Stay Discovery* by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Attachments: # 1 Exhibit A (part 1 of 3), # 2 Exhibit A (part 2 of 3), # 3 Exhibit A (part 3 of 3))(Colton, Glenn) (Entered: 02/21/2008) |
| 03/03/2008 | Ï 61 | RESPONSE to Motion re 59 MOTION to Stay *Discovery and Plaintiffs' Motion to Require GoDaddy to Fulfill Its Promises to The Court* filed by Barry Crabb, Matthew McBride. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Angelovich, Michael) (Entered: 03/03/2008) |
| 03/03/2008 | Ï | ***TEXT ONLY ENTRY − NO DOCUMENT ATTACHED − SEE DOCUMENT 61 *** MOTION to Require GoDaddy to Fulfill its Promise to the Court by Barry Crabb, Matthew McBride. (Motion contained in Plaintiff's Response to Motion to Stay) (cap) Modified on 3/4/2008 to correct text (cap). (Entered: 03/04/2008) |

| | | |
|---|---|---|
| 03/07/2008 | Ï 62 | REPLY to Response to Motion re 59 MOTION to Stay *Discovery /REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY* filed by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Colton, Glenn) (Entered: 03/07/2008) |
| 03/07/2008 | Ï 63 | RESPONSE in Opposition re 58 MOTION to Dismiss */CORRECTED MOTION to Dismiss First Amended Complaint or for Transfer of Venue* filed by Barry Crabb, Matthew McBride. (Fineberg, Joel) (Entered: 03/07/2008) |
| 03/07/2008 | Ï 64 | MEMORANDUM IN SUPPORT OF 63 RESPONSE in Opposition to 58 MOTION to Dismiss */CORRECTED MOTION to Dismiss First Amended Complaint or for Transfer of Venue Memorandum of Law in Support Thereof* filed by Barry Crabb, Matthew McBride. (Attachments: # 1 Memo of Law, # 2 Exhibit List, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit G.1, # 11 Exhibit G.2.A, # 12 Exhibit G.2.B, # 13 Exhibit G.2.C, # 14 Exhibit G.2.D, # 15 Exhibit G.3, # 16 Exhibit G.4, # 17 Exhibit G.5, # 18 Exhibit G.6, # 19 Exhibit G.7, # 20 Exhibit G.8, # 21 Exhibit G.9, # 22 Exhibit G.10, # 23 Exhibit G.11, # 24 Exhibit G.12, # 25 Exhibit G.13, # 26 Exhibit G.14, # 27 Exhibit G.15, # 28 Exhibit G.16, # 29 Exhibit H, # 30 Exhibit I, # 31 Exhibit J, # 32 Exhibit K, # 33 Exhibit L, # 34 Exhibit M)(Fineberg, Joel) Modified on 3/10/2008 to edit text and create document link (cap). (Entered: 03/07/2008) |
| 03/28/2008 | Ï 65 | REPLY to Response to Motion re 58 MOTION to Dismiss */CORRECTED MOTION to Dismiss First Amended Complaint or for Transfer of Venue* filed by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Attachments: # 1 Exhibit 1)(Colton, Glenn) (Entered: 03/28/2008) |
| 04/21/2008 | Ï 66 | NOTICE of Change of Address by Richard E Norman (Norman, Richard) (Entered: 04/21/2008) |
| 04/23/2008 | Ï 67 | ORDER granting 59 Motion to Stay Discovery and discovery in this matter is hereby stayed pending the Court's resolution of GoDaddy's Motion to Dismiss Plaintiffs' First Amended Complaint or for Transfer of Venue. Signed by Honorable Harry F. Barnes on April 23, 2008. (cap) (Entered: 04/23/2008) |
| 04/23/2008 | Ï 68 | ORDER Setting Hearing on Motion 58 MOTION to Dismiss */CORRECTED MOTION to Dismiss First Amended Complaint or for Transfer of Venue* : Motion Hearing set for 6/5/2008 @ 10:00 AM in Texarkana –– 3rd flr (AR side) before Honorable Harry F. Barnes. Signed by Honorable Harry F. Barnes on April 23, 2008. (rwg) (Entered: 04/23/2008) |
| 04/30/2008 | Ï 69 | ORDER Setting Hearing on Motion 58 MOTION to Dismiss */CORRECTED MOTION to Dismiss First Amended Complaint or for Transfer of Venue*: Motion Hearing reset for 6/13/2008 @ 10:00 AM in Texarkana –– 3rd flr (AR side) before Honorable Harry F. Barnes. Signed by Honorable Harry F. Barnes on April 30, 2008. (rwg) (Entered: 04/30/2008) |
| 06/03/2008 | Ï 70 | ORDER Resetting Hearing on Motion 58 MOTION to Dismiss */CORRECTED MOTION to Dismiss First Amended Complaint or for Transfer of Venue* : Motion Hearing reset for 7/25/2008 @ 10:00 AM in Texarkana –– 3rd flr (AR side) before Honorable Harry F. Barnes. Signed by Honorable Harry F. Barnes on June 3, 2008. (rwg) (Entered: 06/03/2008) |
| 07/22/2008 | Ï 71 | NOTICE of Appearance by R. Martin Weber, Jr on behalf of all plaintiffs (Weber, R.) (Entered: 07/22/2008) |
| 07/25/2008 | Ï 72 | Minute Entry for proceedings held before Honorable Harry F. Barnes: Motion Hearing held on 7/25/2008. (rwg) (Entered: 07/25/2008) |
| 08/04/2008 | Ï | Court Recording of Hearing held on 7/25/08, by Court Reporter Donna McKinney, Tape No. DM 08–29, Location of Tape: El Dorado. (cnn) (Entered: 08/04/2008) |

| | | |
|---|---|---|
| 09/30/2008 | Ï 73 | ORDER denying without prejudice to refiling 58 Motion to Dismiss or for Transfer of Venue; Defendants are instructed to re−file the motion as a motion for summary judgment pursuant to Rule 56. Signed by Honorable Harry F. Barnes on September 30, 2008. (cap) (Entered: 09/30/2008) |
| 09/30/2008 | Ï 74 | ORDER denying as moot 41 Motion to Dismiss. Signed by Honorable Harry F. Barnes on September 30, 2008. (cap) (Entered: 09/30/2008) |
| 10/01/2008 | Ï 75 | MOTION to Appear Pro Hac Vice for Jennifer Weber Johnson by Matthew McBride. (Pratt, James) Modified on 10/2/2008 to add text (cap). (Entered: 10/01/2008) |
| 10/03/2008 | Ï 76 | NOTICE OF FILING OFFICIAL TRANSCRIPT of Hearing held on July 25, 2008, before Judge Harry F. Barnes. Court Reporter/Transcriber: Donna McKinney, Telephone number 870−862−1303. Tape Number: DM 08−29. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it,or a redacted transcript, may be obtained through PACER. A Notice of Intent to Request Redaction of the Transcript MUST be filed within **7 calendar days** of the filing of the transcript and served manually on the court reporter/transcriber. Redaction Request due 10/24/2008. Redacted Transcript Deadline set for 11/3/2008. Release of Transcript Restriction set for 1/2/2009. (cnn) (Entered: 10/03/2008) |
| 10/10/2008 | Ï 77 | ORDER granting 75 Motion to Appear Pro Hac Vice. Jennifer Weber Johnson is directed to immediately register as a CM/ECF user if he/she has not already done so and enter his/her appearance in this matter. Signed by Honorable Harry F. Barnes on October 10, 2008. (jn) (Entered: 10/10/2008) |
| 10/15/2008 | Ï 78 | MOTION to Dismiss for Lack of Jurisdiction *(RENEWED)*, or for Transfer of Venue by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Schroeder, Robert) Modified on 10/16/2008 to add text (cap). (Entered: 10/15/2008) |
| 10/15/2008 | Ï 79 | MEMORANDUM BRIEF in Support of 78 MOTION to Dismiss for Lack of Jurisdiction *(RENEWED)* by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Attachments: # 1 Exhibit 1 – Order from Southern District of FL, # 2 Exhibit 2 – part 1 – Declaration of Ben Butler, # 3 Exhibit 2 – part 2, continued, # 4 Exhibit 2 – part 3, continued, # 5 Exhibit 2 – part 4, continued, # 6 Exhibit 2 – part 5, continued, # 7 Exhibit 3 – Declaration of Nate Curran, # 8 Exhibit 4 – Declaration of Ron Hertz, # 9 Exhibit 5 – Declaration of Teri Dhooge, # 10 Exhibit 6 – Declaration of Pam Bunn, # 11 Exhibit 7 – Declaration of Lary Hartman, # 12 Exhibit 8 – Order from Northern District of GA)(Schroeder, Robert) Modified on 10/16/2008 to label exhibits (cap). (Entered: 10/15/2008) |
| 10/15/2008 | Ï | TEXT ONLY ENTRY – NO DOCUMENT ATTACHED – See Document 78 or, MOTION to Transfer Case by GoDaddy.com, Inc., The Go Daddy Group, Inc. (Second part of two part motion 78 Motion to Dismiss for Lack of Jurisdiction, or for Transfer of Venue.) (cap) (Entered: 10/16/2008) |
| 10/23/2008 | Ï 80 | MOTION to Compel *Production of Documents and Interrogatory Answers* by Barry Crabb, Matthew McBride. (Fineberg, Joel) (Entered: 10/23/2008) |
| 10/23/2008 | Ï 81 | MEMORANDUM BRIEF in Support of 80 MOTION to Compel *Production of Documents and Interrogatory Answers* by Barry Crabb, Matthew McBride. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Fineberg, Joel) (Entered: 10/23/2008) |
| 10/27/2008 | Ï 82 | RESPONSE in Opposition re 78 MOTION to Dismiss for Lack of Jurisdiction *(RENEWED)* filed by Barry Crabb, Matthew McBride. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Fineberg, Joel) (Entered: 10/27/2008) |
| 10/27/2008 | Ï 83 | |

| | | |
|---|---|---|
| | | MEMORANDUM BRIEF in Support of 82 Response in Opposition to Motion *(Renewed) to Dismiss Plaintiffs' First Amended Complaint for Lack of Jurisdiction and Improper Venue or for Transfer of Venue* by Barry Crabb, Matthew McBride. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit C.1, # 5 Exhibit C.2a, # 6 Exhibit C.2.b, # 7 Exhibit C.2.c, # 8 Exhibit C.2.d, # 9 Exhibit C.2.e, # 10 Exhibit C.2.f, # 11 Exhibit D, # 12 Exhibit E, # 13 Exhibit F, # 14 Exhibit G)(Fineberg, Joel) Modified on 10/28/2008 to edit text (cap). (Entered: 10/27/2008) |
| 10/28/2008 | Ï 84 | SUPPLEMENT by Plaintiffs Barry Crabb, Matthew McBride to 82 Response in Opposition to Motion *to Dismiss for Lack of Jurisdiction (Renewed)*. (Attachments: # 1 Exhibit C)(Fineberg, Joel) (Entered: 10/28/2008) |
| 10/29/2008 | Ï | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Plaintiffs Barry Crabb, Matthew McBride. Supplement 84 lists multiple attorneys appearing for the filer. The following attorney(s), who did not sign the pleading, must enter a separate Notice of Appearance in order to receive electronic notification of future activity in the case: **Jennifer Weber Johnson**. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED. (tg) (Entered: 10/29/2008) |
| 11/03/2008 | Ï 85 | RESPONSE in Opposition re 80 MOTION to Compel *Production of Documents and Interrogatory Answers* filed by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Schroeder, Robert) (Entered: 11/03/2008) |
| 11/06/2008 | Ï 86 | REPLY to Response to Motion re 78 MOTION to Dismiss for Lack of Jurisdiction *(RENEWED)* filed by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Schroeder, Robert) (Entered: 11/06/2008) |
| 06/05/2009 | Ï 87 | ORDER Setting Hearing: Status Conference set for 6/26/2009 @ 09:00 AM in Texarkana –– 3rd flr (AR side) before Honorable Harry F. Barnes. Signed by Honorable Harry F. Barnes on June 5, 2009. (rwg) (Entered: 06/05/2009) |
| 06/09/2009 | Ï 88 | MOTION to Withdraw *Notice of Motion and Motion for Withdrawal of Appearance of Glenn C. Colton* by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Attachments: # 1 Proposed Order, # 2 Certificate of Service)(Klausner, Tonia) (Entered: 06/09/2009) |
| 06/09/2009 | Ï 89 | MOTION to Withdraw *Notice of Motion and Motion for Withdrawal of Appearance for Emily S. Smith* by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Attachments: # 1 Proposed Order, # 2 Certificate of Service)(Klausner, Tonia) (Entered: 06/09/2009) |
| 06/15/2009 | Ï 90 | ORDER granting 88 Motion to Withdraw; Attorney Glenn C. Colton terminated. Signed by Honorable Harry F. Barnes on June 15, 2009. (cap) (Entered: 06/15/2009) |
| 06/15/2009 | Ï 91 | ORDER granting 89 Motion to Withdraw; Attorney Emily Smith terminated. Signed by Honorable Harry F. Barnes on June 15, 2009. (cap) (Entered: 06/15/2009) |
| 06/26/2009 | Ï 92 | Minute Entry for proceedings held before Honorable Harry F. Barnes: Status Conference held on 6/26/2009. (rwg) (Entered: 06/26/2009) |
| 06/26/2009 | Ï 93 | ORDER denying 80 Motion to Compel. Signed by Honorable Harry F. Barnes on June 26, 2009. (cap) (Entered: 06/26/2009) |
| 06/26/2009 | Ï 94 | ORDER lifting stay of discovery to allow the parties to participate in limited discovery on the issues of jurisdiction and improper venue, and giving parties 60 days from the entry of this order to complete discovery on these limited issues. Signed by Honorable Harry F. Barnes on June 26, 2009. (cap) (Entered: 06/26/2009) |
| 06/30/2009 | Ï | Court Recording of Status Conference held on 6/26/09, by Court Reporter Donna McKinney, Tape No. DM 09–29, Location of Tape: El Dorado. (cnn) (Entered: 06/30/2009) |

| | | |
|---|---|---|
| 06/30/2009 | 95 | NOTICE OF FILING OFFICIAL TRANSCRIPT of Status Conference held on June 26, 2009, before Judge Harry F. Barnes. Court Reporter/Transcriber: Donna McKinney, Telephone number 870–862–1303. Tape Number: DM09–29. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it,or a redacted transcript, may be obtained through PACER. A Notice of Intent to Request Redaction of the Transcript MUST be filed within **7 calendar days** of the filing of the transcript and served manually on the court reporter/transcriber. Redaction Request due 7/21/2009. Redacted Transcript Deadline set for 7/31/2009. Release of Transcript Restriction set for 9/28/2009. (cap) (Entered: 06/30/2009) |
| 08/11/2009 | 96 | Unopposed MOTION for Protective Order by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Attachments: # 1 Proposed Protective Order)(Schroeder, Robert) (Entered: 08/11/2009) |
| 08/12/2009 | 97 | ORDER granting 96 Motion for Protective Order. The Agreed Protective Order shall be entered in this case. Signed by Honorable Harry F. Barnes on August 12, 2009. (cap) (Entered: 08/12/2009) |
| 08/12/2009 | 98 | PROTECTIVE ORDER. Signed by Honorable Harry F. Barnes on August 12, 2009. (cap) (Entered: 08/12/2009) |
| 09/14/2009 | 99 | SUPPLEMENTAL RESPONSE to Motion re 78 MOTION to Dismiss for Lack of Jurisdiction *(RENEWED)* filed by Barry Crabb, Matthew McBride. FILED UNDER SEAL – NO DOCUMENT ATTACHED. (cap) (Entered: 09/14/2009) |
| 09/14/2009 | 100 | SUPPLEMENTAL MEMORANDUM BRIEF in Support of 99 Supplemental Response to Motion by Barry Crabb, Matthew McBride. FILED UNDER SEAL – NO DOCUMENT ATTACHED (cap) (Entered: 09/14/2009) |
| 09/17/2009 | 101 | SUPPLEMENT by Plaintiffs Barry Crabb, Matthew McBride to 100 Memorandum Brief in Support. FILED UNDER SEAL – NO DOCUMENT ATTACHED. (cap) (Entered: 09/17/2009) |
| 09/28/2009 | 102 | ***PLEASE DISREGARD – CORRECTED REPLY FILED AS DOCUMENT 103 ***REPLY to Response to Motion re 78 MOTION to Dismiss for Lack of Jurisdiction *(RENEWED) Defendants' Reply Memorandum of Law in Further Support of Their Renewed Motion to Dismiss First Amended Complaint for Lack of Jurisdiction and Improper Venue or for Transfer of Venue* filed by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Klausner, Tonia) Modified on 9/29/2009 to note to disregard (cap). (Entered: 09/28/2009) |
| 09/29/2009 | 103 | CORRECTED REPLY to 102 Reply to Response to Motion re 78 MOTION to Dismiss for Lack of Jurisdiction *(RENEWED) Defendants' Corrected Reply Memorandum of Law in Further Support of Their Renewed Motion to Dismiss First Amended Complaint for Lack of Jurisdiction and Improper Venue or for Transfer of Venue* filed by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Klausner, Tonia) Modified on 9/29/2009 to edit text and create document link (cap). (Entered: 09/29/2009) |
| 11/16/2009 | 104 | ORDER directing Defendants to submit a letter brief to the Court by 12/4/09 re opinion filed in Northern District of Illinois; Plaintiff shall have up to and including 12/21/09 in which to file a short response. Signed by Honorable Harry F. Barnes on November 16, 2009. (cap) Modified on 11/17/2009 to correct text. NEF regenerated (cap). (Entered: 11/16/2009) |
| 12/04/2009 | 105 | LETTER BRIEF filed pursuant to 104 Order, */Letter Brief Submitted as per Court's November 16, 2009 Order* by GoDaddy.com, Inc., The Go Daddy Group, Inc.. (Attachments: # 1 Certificate of Service)(Klausner, Tonia) Modified on 12/7/2009 to edit text (cap). (Entered: 12/04/2009) |
| 12/10/2009 | 106 | |

Case 2:10-cv-00940-NVW   Document 109   Filed 04/30/10   Page 15 of 15

| | | |
|---|---|---|
| | | MEMORANDUM BRIEF in Opposition to 105 Memorandum Brief in Support, by Barry Crabb, Matthew McBride. (Attachments: # 1 Certificate of Service)(Gresham, R.) (Entered: 12/10/2009) |
| 03/29/2010 | 107 | ORDER granting 78 Motion to Transfer and TRANSFERRING CASE to District of Arizona; denying as moot 78 Motion to Dismiss for Lack of Jurisdiction. Certified copy of transfer order and docket sheet sent. (Transfer held for appeal time to run.). Signed by Honorable Harry F. Barnes on March 29, 2010. (cap) (Entered: 03/29/2010) |
| 03/29/2010 | 108 | Letter from Clerk, Western District of Arkansas to Clerk, District of Arizona, Phoenix Division re 30–day appeal time. (cap) (Entered: 03/29/2010) |