IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Matthew McBride; Barry Crabb, | ) | No. CV10-940-PHX-NVW |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| GoDaddy.com, Inc., et. al., | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiffs show cause by May 14, 2010, why this action should not be dismissed for failure to prosecute unless before then Defendants have filed answers to the amended complaint or Plaintiffs have filed applications for entry of default.

DATED this 30th day of April, 2010.

_____
Neil V. Wake
United States District Judge